T. KEVIN DOUGHERTY, ESQ., BAR NO. 133172
LAW OFFICES OF T. KEVIN DOUGHERTY
601 South Main Street
Salinas, CA 93901
(831) 783-3440
FAX (831) 796-0390

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: ) **Chapter 13 Bankruptcy**
Trevor & Julie Elordi; )
      Debtors. ) **Case No.: 10-53639cn**
)
) **MOTION TO MODIFY CHAPTER 13 PLAN**
)

The Debtors respectfully request that the Court modify the Chapter 13 Plan as follows:

<u>X</u>    1.    With regard to the monthly plan payments of **$950.00**, those payments shall:
      <u>X</u>    be suspended for: **Delinquency balance of $2,250.00 through September 2011**
      _____ be increased to: $_____, effective _____
      <u>X</u>    be decreased to: $ **450.00**, effective **October 2011**
      _____ other: **Plan shall complete within 60 months of original date of Confirmation.**

<u>X</u>    2.    With regard to secured claims:
      _____ to treat the claim(s) of ADDITIONAL creditor(s) as secured, as follows:
      <u>CREDITOR NAME</u>    <u>VALUE OF COLLATERAL</u>    MONTHLY PYMT(IF FIXED)    INTEREST RATE (must be specified)

      _____ to CHANGE the treatment of certain secured claim(s), as follows:
      <u>CREDITOR NAME</u>    <u>VALUE OF COLLATERAL</u>    MONTHLY PYMT(IF FIXED)    INTEREST RATE (must be specified)

      <u>X</u>    to treat as UNSECURED the claim(s) of the following creditor(s) which were previously treated as secured: **GEMB / American Honda (2007 Honda CBR)**

_____ 3.    With regard to general unsecured claims, to change the dividend paid:
      _____ from 0_____ % to *_____ %.
      _____ from a pot plan* of $_____ to a pot plan * of $_____.
      _____ from a percentage plan at _____ % to a pot plan* of $_____.
      _____ from a pot plan* of $_____ to a percentage plan at _____ %
      * A pot plan provides for a sum (as specified above) to be distributed pro rata, in the amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

<u>X</u>    4.    Other modifications: **Creditor (GEMB / American Honda) is allowed full relief to recover and dispose the collateral and the right to file an unsecured claim for any deficiency balance**

<u>X</u>    5.    Debtors' reason(s) for requesting the above modification are: **Debtor's (husband) pay decreased by $600.00 per month. Also Debtors' medical expenses increased. Debtors can not afford the vehicle and the Plan payment of $950.00. Debtors want to surrender the 2007 Honda CBR financed by GEMB / American Honda. Debtors can afford the new payment of $450.00**

_____ 6.    The Plan, if modified, would be completed within sixty (60) months from commencement of the case.
    WHEREFORE, the Debtors request that the Court modify the Chapter 13 plan as set forth above.

Dated: <u>September 6, 2011</u>        <u>T. Kevin Dougherty  Bar # 133172</u>
                                        Attorney for Debtors