Entered on Docket
October 13, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed October 12, 2011

_____
Charles Novack
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                         )    Chapter 13
                               )
TREVOR ELORDI                  )    Case No. 10-53639 CN
                               )
JULIE ELORDI                   )    **ORDER CONFIRMING MODIFIED**
                               )    **CHAPTER 13 PLAN**
            Debtors            )

Upon consideration of Debtors' APPLICATION/MOTION TO MODIFY CHAPTER 13 PLAN filed with the court on September 06, 2011, and good cause appearing therefore;

IT IS ORDERED that the modified plan filed on September 06, 2011 is confirmed.

\* \* \* END OF ORDER \* \* \*

The Chapter 13 Trustee has reviewed the Application or Motion to Modify Chapter 13 Plan and if applicable, the Amended Schedules I and J, and has no opposition thereto.

Dated: October 12, 2011         /s/ DEVIN DERHAM-BURK
                                (EG     )

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 10-53639<br>Northern District of California<br>San Jose<br>Wed Oct 12 10:38:37 PDT 2011 | Aaron Sales & Lease Ow<br>309 E Paces Ferry<br>Atlanta, GA 30305-2367 | Aarons Sales<br>1557 N Sanborn Rd<br>Salinas, CA 93905-4717 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Ameristar Financial Servicing Company<br>1795 North Butterfield Rd Suite200<br>Libertyville, IL 60048-1212 |
| Anthony Yates<br>34 E Acacia St<br>Salinas, CA 93901-3102 | Assoc/citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 |
| Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Bank Of The West<br>1450 Treat Bv<br>Walnut Creek, CA 94597-7579 |
| Bay Area Credit Servic<br>1901 W 10th St<br>Antioch, CA 94509-1380 | Lawrence J. Buckley<br>Brice, Vander, Linden and Wernick<br>9441 LBJ Freeway #350<br>Dallas, TX 75243-4652 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (p)CBSJ FINANCIAL CORP<br>99 WEST TASMAN COURT<br>SUITE 205<br>SAN JOSE CA 95134-1712 | COMPLETE RECOVERY CORP<br>291 W. 5400 S #202<br>MURRAU, UT 84107-5881 |
| California State Board of Equalization<br>Account Reference Group, MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | California Student Aid<br>P O Box 419032<br>Rancho Cordova, Ca 95741-9032 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Auto Finan<br>3901 Dallas Pkwy<br>Plano, TX 75093-7864 | Cbc/credit Consulting<br>Po Box 5879<br>Salinas, CA 93915-5879 | Chase<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801-2920 |
| Chase Auto<br>Attn: Credit Bureau Dept<br>Fort Worth, TX 76101 | Chase Na<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 | Collection Srvs Bureau<br>3355 Washington Bv<br>Ogden, UT 84401-4105 |
| Complete Recovery Corp<br>2708 S Redwood Rd Ste 25<br>West Valley City, UT 84119-8404 | Credit Consulting Svc<br>P.O. Box 5879<br>Salinas, CA 93915-5879 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |

| | | |
|---|---|---|
| Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | T. Kevin Dougherty<br>Dougherty Law Offices<br>601 S Main St.<br>Salinas, CA 93901-3201 |
| T.(vd) Kevin Dougherty<br>Dougherty Law Offices<br>601 S Main St.<br>Salinas, CA 93901-3201 | Julie Elordi<br>P.O. Box 10485<br>Salinas, CA 93912-7485 | Trevor Elordi<br>P.O. Box 10485<br>Salinas, CA 93912-7485 |
| Equable Ascent Financi<br>1120 West Lake Co<br>Buffalo Grove, IL 60089-1970 | Esb/harley Davidson Cr<br>222 W Adams<br>Chicago, IL 60606-5312 | Mark D. Estle<br>Law Offices of Endres and Estle<br>12520 High Bluff Dr. #265<br>San Diego, CA 92130-3011 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gemb/american Honda<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/gap<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| Gemb/mervyns<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/old Navy<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/sams Club<br>Po Box 981400<br>El Paso, TX 79998-1400 |
| HSBC Auto Finance / Santander*<br>Attn: Bankruptcy<br>PO Box 562088 Suite 900<br>Dallas, TX 75356-2088 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Harley-Davidson Credit Corp.<br>P.O. BOX 829009<br>Dallas, TX 75382-9009 |
| Harley-Davidson Credit Corp.<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 | Healthcare for Women<br>250 San Jose St<br>Salinas, CA 93901-3901 | Hsbc Auto<br>6602 Convoy Court<br>San Diego, CA 92111-1009 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Compaq/cfo<br>Po Box 703<br>Wood Dale, IL 60191-0703 | I.C. Systems, Inc<br>P.O. Box 64887<br>St Paul, MN 55164-0887 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Klein Medical Group Inc.<br>18921 Portola Dr Suite B<br>Salinas, CA 93908-1296 |
| Les Schwab Tire Center<br>Po Box 5350<br>Bend, OR 97708-5350 | Medvetta Fin<br>316 W Yosemite<br>Madera, CA 93637-4517 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA |

| | | |
|---|---|---|
| National Credit System<br>3750 Naturally Fresh Blv<br>Atlanta, GA 30349-2964 | Nco Fin/35<br>Po Box 41726<br>Philadelphia, PA 19101 | Nelnet Lns<br>3015 S. Parker Rd, Ste 425<br>Aurora, CO 80014-2904 |
| Nelnet Lns*<br>Attention: Claims<br>PO Box 17460<br>Denver, CO 80217-0460 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | PRA Receivables Management LLC<br>As Agent Of Portfolio Recovery Assocs<br>POB 41067<br>Norfolk VA 23541-1067 |
| Quest Diagnostics<br>P.O. Box 79164<br>Phoenix, AZ 85062-9164 | Questar Gas Company<br>Bankruptcy DNR 244<br>P.O. Box 3194<br>Salt Lake City, UT 84110-3194 | Salinas Valley Emergency<br>Medical Group, Inc<br>Dept LA23171<br>Pasadena, CA 91185-0001 |
| Salinas Valley Radiologist Inc.<br>P.O. Box 190<br>Simi Valley, CA 93062-0190 | State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | State of Calif<br>Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0001 |
| Student Loan Service<br>Student Svc Bldg Rm 155<br>Salt Lake City, UT 84112 | Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Toyota Motor Credit<br>Address Not Available<br>Atlanta, GA 30309 | Trudi Escover<br>1940 S 1200 East<br>Bliss, ID 83314-5044 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| US Department of Education<br>P.O. Box 74600<br>Atlanta, GA 30374-6000 | Uheaa<br>60 S 400 W<br>Salt Lake City, UT 84101-1284 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Utah High Ed<br>Po Box 145112<br>Salt Lake City, UT 84114-5112 | Verizon Wireless<br>15900 Se Eastgate Way<br>Bellevue, WA 98008-5757 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702-3397 |
| (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 | Web Bank/dfs<br>12234 N Ih 35 Sb Bldg B<br>Austin, TX 78753-1705 | Wffinance<br>800 Walnut St<br>Des Moines, IA 50309-3504 |
| Wfnnb/victorias Secret<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Zale/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Finan<br>600 N Royal Ave<br>Evansville, IN 47715 | American Honda Finance<br>201 Little Falls Dr<br>Wilmington, DE 19808 | (d)American Honda Finance<br>Po Box 5025<br>San Ramon, CA 94583 |
| CBSJ Financial Corp<br>299 Stockton Ave<br>San Jose, Ca 95126 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 | Dell Financial Services*<br>Attn: Bankruptcy Dept.<br>PO Box 81577<br>Austin, TX, 78708 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114-0326 | Toyota Motor Credit<br>4000 Executive Pkwy Ste<br>San Ramon, CA 94583 | (d)Toyota Motor Credit Corporation<br>3200 West Ray Road<br>Chandler, AZ 85226 |
| Us Bank<br>205 W 4th St<br>Cincinnati, OH 45202 | (d)Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201 | Wachdlrserv<br>Po Box 1697<br>Winterville, NC 28590 |
| (d)Wfs Financial/Wachovia Dealer Services*<br>PO Box 19657<br>Irvine, CA, 92623 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Charles Novack
San Jose

End of Label Matrix
Mailable recipients    88
Bypassed recipients     1
Total                  89